MARY A. FOX, Respondent, *v.* INTERNATIONAL HOTEL COMPANY, Appellant.

*Fox* v. *International Hotel Co.*, 41 App. Div. 140, affirmed.
(Argued October 16, 1901; decided November 1, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 10, 1899, reversing a judgment in favor of defendant entered upon a decision of the court at a Trial Term without a jury and granting a new trial.

*Eugene Cary* for appellant.

*Spencer Clinton* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

Concur: GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.

----

JOHN ADDISON, Appellant, *v.* ROSA ENOCH et al., Respondents.

*Addison* v. *Enoch*, 48 App. Div. 111, affirmed,
(Argued October 17, 1901; decided November 1, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 7, 1900, entered upon an order reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and dismissing the complaint.

*Charles L. Greenhall* for appellant.

*L. J. Morrison* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.